RECEIVED

2022 JAN -3  A II: 24

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Edward Dana Robinson_ )
Full name and prison name of )
Plaintiff(s) )
  )
  )
v. )
  )
_Bullock Correctional_ )
_Facility A.D.O.C & Staff_ )
_Nurse Vaugh_ )
_Officer: Giles_ )
  )
  )
  )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. _2:22-cv-00003-WHA-CSC_
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s) _Edward Dana Robinson_

         Defendant(s) _Bullock correctional facility A.D.O.C and staff on duty that day_

      2.   Court (if federal court, name the district; if state court, name the county) _In the United States District court for The Middle District of Alabama_

3. Docket number _No. 2:21-CV-349-WHA_

4. Name of judge to whom case was assigned _Charles S. Cody_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _It was dismissed, lack of payment._

6. Approximate date of filing lawsuit _May 24, 2021_

7. Approximate date of disposition _5.24, 2021_

II. PLACE OF PRESENT CONFINEMENT _Bullock Correctional facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock Correctional facility Dorm C-2_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | Bullock correctional facility | -5107 Union springs, Al. |
| 2. | 36089 | |
| 3. | Nurse Vaugh Bullock correc. facility. | |
| 4. | Officer Giles Bullock correc. facility | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _March 24, 21_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Lack of Sercurity - doing incident Camera's was up but not working also_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The camera's was placed in down which Believed that was not functioning at that time

GROUND TWO: Officer was Standing in the window the morning it happend. and see the altercation But didn't stop fight.

SUPPORTING FACTS: My ear was bitten off (Left) ear's the morning i got off work (kitchen) the officer Gilkes didn't do anything. i had to carry my own ear to infirmary. wish there. then it took them forever to get me from stop bleeding so much.

GROUND THREE: Malpractice, Mishandling of Body part.

SUPPORTING FACTS: Handling of my ear was very unprofessional by nursing staff. ear was placed in Bag of Ice & not put in a seperate bag then put in a bag of Ice. took me at least 1hour before Before i was taken to jackson hospital.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want compensation for loss of body part from the alabama Dept. of Correction and all expenses paid of Medical Bills and left ear fixed.

_Edward Dava Robinson_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12/10/21_ .
(Date)

_Edward Robinson_
Signature of plaintiff(s)

Willie M

3-25-24

Edward Dana Robinson
A.I.S # 316049
P.O. Box 5107
BED # J1-13A
Bullock correctional facility
Union Springs, Ala, 36089

FIRST-CLASS

PITNEY BOWES
US POSTAGE
$ 000.73⁰
02 7H
0001313435    DEC 30 2021
MAILED FROM ZIP CODE 36089

Office of The Clerk
United States District Court
Middle District of Alabama
1 church Street, Suite B-110
Montgomery, Ah. 36104-4018

LEGAL