IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD DANA ROBINSON,        )
                             )
      Plaintiff,             )
                             )    CIVIL ACTION NO.
      v.                     )      2:22cv3-MHT
                             )         (WO)
BULLOCK CORRECTIONAL         )
FACILITY, et al.,            )
                             )
      Defendants.            )
```

## JUDGMENT

Upon consideration of the joint motion to dismiss all claims against defendant Allison Vaughn (Doc. 63), it is ORDERED that the motion is granted pursuant to Federal Rule of Civil Procedure 41(a)(2), and all claims against defendant Allison Vaughn are dismissed with prejudice. All claims remain pending against all other defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of November, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE